**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 88 MAL 2025 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the **Unpublished** |
| v. | : | **Memorandum and Order** of the |
| | : | Superior Court at No. 2711 EDA |
| | : | 2023 entered on January 14, 2025, |
| DARNELL DAVIS, | : | **affirming** the Judgment of Sentence |
| | : | of the Chester County Court of |
| Petitioner | : | Common Pleas at No. CP-15-CR- |
| | : | 0003192-2020 entered on May 24, |
| | | 2023 |

## ORDER

PER CURIAM                                           **DECIDED: September 3, 2025**

AND NOW, this 3rd day of September, 2025, the Petition for Allowance of Appeal is **GRANTED**, the order of the Superior Court is **VACATED**, and the case is REMANDED to the Superior Court for reconsideration in light of *Commonwealth v. Anderson*, ___ A.3d ___, 2025 WL 2055935 (Pa. filed July 23, 2025).